JOSEPH S. BALLA, PETITIONER-RESPONDENT, v. WESTON ELECTRIC CO., *ET AL.*, RESPONDENTS-PETITIONERS.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the petitioners.

, *Mr. David Roskein* and *Mr. Isidor Kalisch* for the respondent.

May 7, 1956.   Denied.

LAWRENCE A. WIEN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. REDIFIXT FORMS, INC., DEFENDANT-PETITIONER.

*Mr. James A. Major* for the petitioner.

*Messrs. Hein, Smith & Mooney* for the respondents.

April 30, 1956.   Denied.